1  ROSS A. SPECTOR, ESQ. (S.B. #135949)
   SPECTOR & BENNETT
2  A Professional Corporation
   50 California Street, 15th Floor
3  San Francisco, California  94111
   Telephone:  (415) 439-5390
4  Telefax: (415) 707-2064
5
6  Attorneys for Plaintiff
   SMAATO, INC.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHEN DISTRICT OF CALIFORNIA
10

11 SMAATO, INC.,                              Case No: 3:16-cv-05162

12      Plaintiff,                            **COMPLAINT FOR BREACH OF**
                                              **CONTRACT and COMMON COUNT**
13 vs.

14
   MOBILEWALLA, INC.,
15
        Defendant.
16
   _____/
17

18

19           PLAINTIFF SMAATO, INC. ("SMAATO") ALLEGES:

20
                         **JURISDICTION AND VENUE**
21

22           1.      This court has jurisdiction of this action under 28 USC Section 1332

23 which provides for diversity jurisdiction between citizens of diverse states wherein the dispute

24 involves more than $75,000.

25           2.      Venue is properly within this district pursuant to paragraph 12.2 of the

26 Terms and Conditions which appear as Exhibit A to the Real-Time Bidding Service Agreement

27 for Media Buyers entered into between SMAATO and defendant MOBILEWALLA, INC.

28

**COMPLAINT FOR BREACH OF CONTRACT and COMMON COUNT**                               **1**

("MOBILEWALLA").  The Real-Time Bidding Service Agreement for Media Buyers shall hereinafter be referenced to herein as "the Agreement".  A copy of the Agreement is attached hereto as Exhibit 1.  Said Terms and Conditions paragraph 12.2, in pertinent part, provides "The Parties agree to submit to the exclusive jurisdiction of the state and federal courts located in San Francisco County, California, for any dispute related to or arising out of this Agreement, waiving all defenses related to jurisdiction, form and venue".

## PARTIES

3.      SMAATO is a California corporation with its principal place of business in San Francisco, California.

4.      Plaintiff is informed and believes and thereupon alleges that MOBILEWALLA is a Delaware corporation with its principal place of business located in Dunwoody, Georgia.

## FIRST CLAIM FOR RELIEF
### (Breach of Contract)

5.      SMAATO realleges and incorporates herein by this reference as though more fully set forth the allegations contained in paragraphs 1-4.

6.      On or about May 12, 2014, MOBILEWALLA and SMAATO executed the Agreement, wherein MOBILEWALLA promised to pay SMAATO certain sums, the principal balance of which is presently $233,327.60.

7.      On or about January 30, 2016 MOBILEWALLA breached the aforementioned Agreement in the first instance by failing to remit the required payment. MOBILEWALLA subsequently breached the Agreement three more times, on March 30, 2016, April 30, 2016, and May 30, 2016 by failing to remit the required payments.

**COMPLAINT FOR BREACH OF CONTRACT and COMMON COUNT**                                    **2**

8.      There is now due, owing and unpaid the principal sum of $233,327.60 under the Agreement, with interest accruing at the rate of 18% per annum as provided for in paragraph 5.1 of the Terms and Conditions of the Agreement.

9.      Plaintiff has performed all conditions, covenants and promises required to be performed by it in accordance with the terms and conditions of the Agreement.

WHEREFORE, Plaintiff prays for judgment against Defendant as hereinafter set forth.

## SECOND CLAIM FOR RELIEF
### (Common Count)

10.      Plaintiff realleges and incorporates herein by this reference as though more fully set forth the allegations contained in paragraphs 1-9.

11.      Within the four years before the commencement of this action MOBILEWALLA became indebted to Plaintiff in the sum of $233,327.60 with respect to the aforementioned Agreement.  No part of said sum has been paid.

WHEREFORE, Plaintiff prays for judgment against Defendant as hereinafter set forth.

## THIRD CLAIM FOR RELIEF
### (Open Book Account)

12.      Plaintiff realleges and incorporates herein by this reference as though more fully set forth the allegations contained in paragraphs 1-11.

13.      SMAATO and MOBILEWALLA have engaged in financial transactions.

14.      SMAATO kept an account of the debits and credits involved in the transactions.  A copy of the account is attached hereto as the first page of Exhibit 2, hereinafter the "Statement".

15.      MOBILEWALLA owes SMAATO money on the account.

16.      MOBILEWALLA owes SMAATO the principal sum of $233,327.60, plus interest from and after January 30, 2016 at the rate of 18% per annum.

**COMPLAINT FOR BREACH OF CONTRACT and COMMON COUNT**                    3

1    WHEREFORE, Plaintiff prays for judgment against Defendant as hereinafter set forth.

2    **FOURTH CLAIM FOR RELIEF**
     **(Account Stated)**

3

4    17.    Plaintiff realleges and incorporates herein by this reference as though more

5    fully set forth the allegations contained in paragraphs 1-16.

6    18.    MOBILEWALLA owes SMAATO money from previous financial

7    transactions.

8    19.    SMAATO and MOBILEWALLA agreed that the amount delineated in the

9

10   Statement was the correct amount owed by MOBILEWALLA to SMAATO.

11   20.    MOBILEWALLA promised to pay the stated amount to SMAATO.

12   21.    MOBILEWALLA has not paid SMAATO the amounts owed under this

13   account.

14   22.    MOBILEWALLA owes SMAATO the principal sum of $233,327.60, plus

15

16   interest from and after January 30, 2016 at the rate of 18% per annum.

17   WHEREFORE, Plaintiff prays for judgment against Defendant as hereinafter set forth.

18   WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

19   A.    On the First Claim For Relief:

20   1.    For damages in the sum of $233,327.60;

21
22   2.    For interest thereon from and after January 30, 2016 at the rate of 18% per

23   annum;

24   3.    For costs of suit in this action; and

25   4.    For such other and further relief as the Court may deem just and proper.

26   B.    On the Second Claim For Relief:

27   1.    For damages in the sum of $233,327.60;

28

2.    For interest thereon from and after January 30, 2016 at the rate of 18% per annum;

3.    For costs of suit in this action; and

4.    For such other and further relief as the court may deem just and proper.

C.    <u>On the Third Claim For Relief:</u>

1.    For damages in the sum of $233,327.60;

2.    For interest thereon from and after January 30, 2016 at the rate of 18% per annum;

3.    For costs of suit in this action; and

4.    For such other and further relief as the court may deem just and proper.

D.    <u>On the Fourth Claim For Relief:</u>

1.    For damages in the sum of $233,327.60;

2.    For interest thereon from and after January 30, 2016 at the rate of 18% per annum;

3.    For costs of suit in this action; and

4.    For such other and further relief as the court may deem just and proper.

DATED: September 6, 2016

SPECTOR & BENNETT
A Professional Corporation


/s/ Ross A. Spector

_____
Ross A. Spector, Esq.
Attorneys for Plaintiff
SMAATO, INC.

**COMPLAINT FOR BREACH OF CONTRACT and COMMON COUNT**                                    5