ROSS A. SPECTOR, ESQ. (S.B. #135949)
SPECTOR & BENNETT
A Professional Corporation
50 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 439-5390
Telefax: (415) 707-2064

Attorneys for Plaintiff
SMAATO, INC.

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMAATO, INC., | Case No: 3:16-cv-05162–JSC |
| Plaintiff, | **DEFAULT JUDGMENT BY CLERK** |
| vs. | |
| MOBILEWALLA, INC., | |
| Defendant. | |
| _____/ | |

      Defendant MOBILEWALLA, INC., having been regularly served with process other than by publication, having failed to appear and answer plaintiff's complaint within the time allowed by law, the default of said defendant having been duly entered, and on application of plaintiff for a Default Judgment by Clerk:

//

//

//

//

//

//

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff SMAATO, INC. shall recover from defendant MOBILEWALLA, INC. the sum of:

| | |
|---|---|
| Damages | $233,327.60 |
| Costs | $      525.00 |
| Interest | $  28,882.95 |
| **Total** | **$262,735.55** |

Dated: 11/23/2016

SUSAN Y. SOONG, CLERK OF COURT

BY Adelina Nudo

DEPUTY CLERK, UNITED STATES DISTRICT COURT